AARON D. FORD
  Attorney General
Jessica E. Whelan (Bar No. 14781)
  Chief Deputy Solicitor General - Litigation
Kyle J. Hoyt (Bar No. 14886)
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-3420 (phone)
(702) 486-3416 (fax)
jwhelan@ag.nv.gov
khoyt@ag.nv.gov

*Attorneys for State of Nevada ex rel.
Nevada Department of Corrections,
James Dzurenda, Ronald E. Oliver,
Kimberly E. McCoy, Christopher D. Day,
Candace Chambers, Alizabeth L. Vasquez*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMY CRYSTAL ESTRADA, as Special Administrator of the ESTATE OF PATRICK ODALE, and as Legal Guardian of A.N.O. and R.E.O., Minor Children and Heirs of PATRICK LEE ODALE, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF NEVADA ex rel. NEVADA DEPARTMENT OF CORRECTIONS ("NDOC"; JAMES DZURENDA, individually and as Director of NDOC; RONALD E. OLIVER, individually and as Warden of Three Lakes Valley Conservation Camp ("TLVCC") and Southern Desert Correctional Center ("SDCC"); KIMBERLY E. MCCOY, individually and as Assistant Warden of TLVCC and SDCC; CORRECTIONAL OFFICER CHRISTOPHER D. DAY, individually and as a Correctional Officer Employed by NDOC; CANDACE CHAMBERS, individually and as a Senior Correctional Officer employed by NDOC; ALIZABETHER L. VASQUEZ, individually and as a Correctional Officer employed by NDOC; DOE CORRECTIONAL OFFICERS 1 through | Case No. 2:25-cv-01562-RFB-MDC<br><br><br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br>**(FIRST REQUEST)** |

30, individually and as Correctional Officers employed by NDOC; DOE CORRECTIONAL EMERGENCY RESPONSE TEAM (C.E.R.T.) OFFICERS 1 through 30, individually and as C.E.R.T. Officers employed by NDOC; DOE SDCC DIRECTOR OF NURSING STAFF (DONS)/DOE SDCC HEALTH CARE ADMINISTRATOR (HCA), individually and as an employee of NDOC; SDCC DOE MEDICAL STAFF 1 through 20, individually and as employees of NDOC; CLARK COUNTY OFFICE OF THE CORONER/MEDICAL EXAMINER, municipal entity and political subdivision of the State of Nevada, operating under Clark County; NATHAN SHALLER, M.D., individually and as medical examiner/forensic pathologist employed by CCOCME; DOE INDIVIDUALS 1 through 100; ROE CORPORATIONS 1 through 100, inclusive,

Defendants.

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

Plaintiffs and Defendants, the STATE OF NEVADA ex rel. NEVADA DEPARTMENT OF CORRECTIONS, JAMES DZURENDA, RONALD E. OLIVER, KIMBERLY E. McCOY, CHRISTOPHER D. DAY, CANDACE CHAMBERS and ALIZABETH L. VASQUEZ (collectively, "State Defendants"), through counsel, pursuant to LR 7.1-1 hereby stipulate and request that the Court extend State Defendants' deadline for responding to Plaintiffs' Complaint—filed in state court on June 23, 2025, and removed to this Court on August 21, 2025—up to and including September 19, 2025. This is the first request to extend the deadline.

Prior to removal, the parties had previously agreed to a deadline of September 12, 2025, for State Defendants to respond to the Complaint. Good cause exists to extend this deadline by seven (7) days. On or about Sunday, August 24, 2025, the State of Nevada discovered that its systems had been the subject of a cyberattack. As a result, the Nevada Attorney General's Office, which represents State Defendants in this matter, has had limited to no access to many of its network systems. A recent password reset of state

systems locked counsel for State Defendants out of all systems intermittently during the week of September 8, 2025. Accordingly, additional time is necessary for State Defendants to prepare their response to Plaintiffs' Complaint. Nothing in this Stipulation shall be deemed to waive or otherwise impact Plaintiffs' Motion to Remand, ECF No. 11.

The parties therefore respectfully request that the Court extend the time for State Defendants to respond to the Complaint.

DATED this 12th day of September, 2025   DATED this 12th day of September, 2025.

| **LJU LAW FIRM** | **AARON D. FORD**<br>**Attorney General** |
|---|---|
| By: */s/ James D. Urrutia*<br>James D. Urrutia (Bar No. 12885)<br>7575 Vegas Drive, Suite 100<br>Las Vegas, NV 89128<br><br>*Attorney for Plaintiffs* | By: */s/ Jessica E. Whelan*<br>Jessica E. Whelan (Bar. No. 14781)<br>  Chief Deputy Solicitor General – Litigation<br>Kyle J. Hoyt (Bar No. 14886)<br>  Senior Deputy Attorney General<br>1 State of Nevada Way, Suite 100<br>Las Vegas, NV 89119<br>jwhelan@ag.nv.gov<br>khoyt@ag.nv.gov<br><br>*Attorneys for State of Nevada ex rel. Nevada Department of Corrections, James Dzurenda, Ronald E. Oliver, Kimberly E. McCoy, Christopher D. Day, Candace Chambers, Alizabeth L. Vasquez* |

**ORDER**

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: September 17, 2025